| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Michele Ann Tomer | 0059477 | Summit | OH | Summit | OH | $150.00 |
| Robert Frank Whitmer | 0061517 | Summit | OH | Summit | OH | $750.00 |
| Joseph Robert Morris | 0067061 | Summit | OH | Summit | OH | $100.00 |
| Toni Alice Marcheskie | 0058483 | Trumbull | OH | Trumbull | OH | $240.00 |
| Joseph Andrew Wheeler | 0003511 | Tuscarawas | OH | Tuscarawas | OH | $100.00 |
| John Charles Quinn | 0023636 | Warren | OH | Warren | OH | $100.00 |
| Roger Octavio Reyes | 0065958 | Warren | OH | Warren | OH | $100.00 |
| Christopher Thomas Travis | 0067699 | Warren | OH | Warren | OH | $490.00 |
| Nina May Wonderlich Wright | 0003268 | Wayne | OH | Wayne | OH | $100.00 |

*Tuesday, January 22, 2002*

## MOTION DOCKET

**00–1705.   Cincinnati v. Beretta U.S.A. Corp.**

Hamilton App. Nos. C–990729, C–990814 and C–990815. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the motion of appellee Sturm & Ruger Co., Inc. for leave to provide citation of authority,

IT IS ORDERED by the court that the motion for leave to provide citation of authority be, and hereby is, granted.

**00–1984.   Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**

Summit App. No. 19121. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellants' motion for leave to file statement of additional authorities,

IT IS ORDERED by the court that the motion for leave to file statement of additional authorities be, and hereby is, granted.

Cook, J., not participating.

**01–493.   Goodyear Tire & Rubber Co. v. Aetna Cas. & Sur. Co.**

Summit App. No. 19121. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellants' motion for leave to file statement of additional authorities,

IT IS ORDERED by the court that the motion for leave to file statement of additional authorities be, and hereby is, granted.

Cook, J., not participating.